AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | |
|---|---|
| REUBEN D. LEHMANN, | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   13-CV-0133-TOR |
| STATE OF WASHINGTON | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The case is dismissed with prejudice for lack of subject matter jurisdiction.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice, sua sponte.

Date:  06/14/2013 _____

CLERK OF COURT

s/ Linda L. Hansen
Deputy Clerk
_____
Signature of Clerk or Deputy Clerk